# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00071-JAD-GWF |
| vs. | **ORDER** |
| ROBERT DEVELL KINCADE, | |
| Defendant. | |

This matter is before the Court on Defendant Robert Devell Kincade's Brady Motion (#27), filed on June 10, 2015.

The Defendant filed this motion *pro se*, but is represented by Osvaldo E. Fumo. Represented parties must file motions through their attorneys and not *pro se*. Therefore, the Defendant's Motion will be denied. Accordingly,

**IT IS HEREBY ORDERED** that Defendant Robert Devell Kincade's Brady Motion (#27) is **denied**.

**DATED** this 12th day of June, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge