```
                FILED            RECEIVED
                ENTERED          SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    JUL 2 2 2015

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
          BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:15-cr-00071-JAD-GWF |
| vs. ) | |
| ROBERT DEVELL KINCADE, ) | |
| Defendant. ) | **ORDER** |

On July 21, 2015, this Court granted counsel's request that new counsel be appointed, as stated on the record.

Accordingly, IT IS HEREBY ORDERED that Jennifer M. Waldo, is APPOINTED as counsel for Robert Devell Kincade in place of Osvaldo E. Fumo for all future proceedings.

Mr. Fumo shall forward the file to Ms. Waldo forthwith.

DATED this 22 day of July, 2015.

UNITED STATES MAGISTRATE JUDGE