1  KATHLEEN BLISS
   Nevada Bar No. 7606
2  4240 W Flamingo Road, Suite 220
   Las Vegas, Nevada 89103
3  Telephone: 702.366.1888
   FAX: 702.366.1940
4

5                  UNITED STATES DISTRICT COURT

6                       DISTRICT OF NEVADA

7  UNITED STATES OF AMERICA,        CASE NO. 2:15-cr-00071-JAD-GWF

8                  Plaintiff,
                                    SUBSTITUTION OF ATTORNEY AND
9  vs.                              [PROPOSED] ORDER
                                    (LOCAL RULE 10-6(c) )
10 KINCADE, ROBERT,

11                 Defendant.

12

13
                         SUBSTITUTION OF ATTORNEY
14

15     In accordance with Rule 10-6(c) of the Local Rules of Practice for the United States

16 District Court for the District of Nevada, Kathleen Bliss, Esq. of the law firm The Federal

17 Defenders Law Group, LLC, hereby files the following Stipulation to Substitute Attorneys and

18 Proposed Order:

19     Defendant Robert Devell Kincade hereby nominates and appoints Kathleen Bliss Esq. of

20 the law firm The Federal Defenders Law Group, LLC, to represent her in the above-entitled

21 action, in place and instead of Jennifer Waldo, Esq. of the law firm Gregory & Waldo.

22     Dated this 29th day of September, 2015.

23

24                                          /s/ Robert Devell Kincade

25                                          Robert Devell Kincade

26 ///

27 ///

28 ///

                              Page 1 of 3

I agree to the substitution of Kathleen Bliss, Esq. to represent the Defendant Robert Devell Kincade in the above-entitled action, in my place and stead.

Dated this ___2nd___ day of October, 2015.

*Jennifer Waldo*
Jennifer Waldo, Esq.
1701 W. Charleston Blvd. #600
Las Vegas, Nevada 89102

I hereby agree to accept this substitution to represent Defendant Robert Devell Kincase in the above-entitled action.

Dated this ___ day of October, 2015.

Kathleen Bliss, Esq.
4240 W. Flamingo Road, Suite 220
Las Vegas, Nevada 89103

## ORDER

Based upon the Stipulation of the Parties and Counsel and good cause appearing, IT IS SO ORDERED.

Dated this 5th day of October, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated this ___ day of October, 2015.

Respectfully submitted,

KATHLEEN BLISS
Nevada Bar No. 7606
The Federal Defenders Law Group, LLC
4240 W. Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tel:  (702) 366-1888
Fax:  (702) 366-1940

2