KATHLEEN BLISS
Nevada Bar No. 7606
4240 W Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Telephone: 702.366.1888
FAX: 702.366.1940

Attorney for Robert Devell Kincade

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-00071-JAD-GWF |
|---|---|
| Plaintiff, | **MOTION TO EXTEND MOTIONS DEADLINES** |
| vs. | |
| KINCADE, ROBERT, et al | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Kathleen Bliss, counsel for Robert Devell Kincade; Jose Roglio Flores and his counsel, Paul Riddle with the Public Defender's Office; and Alexandra Michael, Assistant United States Attorney allowing an extension of the motions' deadline. A proposed order is submitted herewith.

This Stipulation is entered into for the following reasons:

1. Counsel for defendant, Robert Devell Kincade, was just recently retained on September 1, 2015, and needs time to review all discovery.

2. Discovery for the case is ongoing and there are outstanding forensics that the government has not provided.

3. Counsel for the government will soon be going on medical leave returning January 11, 2016.

4. The Order for the stipulation to continue trial (Dkt. 51) was signed on October 5, 2015, continuing calendar call to February 1, 2016, and the trial to February 9, 2016.

5. Counsel are requesting the new deadlines for the motions be set as follows: dispositive motions due January 4, 2016; responses due January 18, 2016; and replies due January 25, 2016.

6. Since this stipulation affects the motions' and responsive deadlines only, and Speedy Trial has been waived as to the trial date (Dkt. 51), there is no need for an additional waiver.

DATED this 6th day of October, 2015.

By: /s/ *Kathleen Bliss*_____      By: /s/ *Alexandra Michael*_____
    KATHLEEN BLISS,                                                  ALEXANDRA MICHAEL
    Counsel for Robert Devell Kincade               Assistant United States Attorney

By: /s/ Paul Riddle_____
    PAUL RIDDLE
    Counsel for Jose Roglio Florez

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>KINCADE, ROBERT, et al<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-cr-00071-JAD-GWF<br><br>**MOTION TO EXTEND MOTIONS DEADLINES** |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for defendant, Robert Devell Kincade, was just recently retained on September 1, 2015, and needs time to review all discovery.

2. Discovery for the case is ongoing and there are outstanding forensics that the government has not provided.

3. Counsel for the government will soon be going on medical leave returning January 11, 2016.

4. The Order for the stipulation to continue trial (Dkt. 51) was signed on October 5, 2015, continuing calendar call to February 1, 2016, and the trial to February 9, 2016.

5. Counsel are requesting the new deadlines for the motions be set as follows: dispositive motions due January 4, 2016; responses due January 18, 2016; and replies due January 25, 2016.

6. Since this stipulation affects the motions' and responsive deadlines only, and Speedy Trial has been waived as to the trial date (Dkt. 51), there is no need for an additional waiver.

## ORDER

IT IS THEREFORE ORDERED, that new motions deadline are as follows: Dipositive motions due on January 4, 2016; Response to motions due on January 18, 2016; and Replies to responses due on January 25, 2016.

DATED this 7th day of October, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge