**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff, )<br>vs. )<br>ROBERT DEVELL KINCADE, )<br>　　　　　　Defendant. ) | Case No. 2:15-cr-00071-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant's Motion to Extend Time (ECF No. 168), filed on October 26, 2016. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Motion to Extend Time (ECF No. 168) is **granted**. Defendant shall file his reply to the Government's opposition to Defendant's motion to dismiss no later than **November 4, 2016**.

**IT IS FURTHER ORDERED** that the Motion Hearing scheduled for November 3, 2016 at 2:30 p.m. is *RESCHEDULED* for **Thursday, November 17, 2016 at 3:00 p.m.** in Las Vegas Courtroom 3A.

DATED this 27th day of October, 2016.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge