# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|                             ) | |
| Plaintiff,                  ) | Case No. 2:15-cr-00071-JAD-GWF |
|                             ) | |
| vs.                         ) | **ORDER** |
|                             ) | |
| ROBERT DEVELL KINCADE,      ) | |
|                             ) | |
| Defendant.                  ) | |

This matter is before the Court on the Government's Motion to Quash Defendant's Motion for Subpoena (ECF No. 139), filed on October 5, 2016.

On October 18, 2016, the Court granted Defendant's Motion for Subpoena (ECF No. 125). *See Order* (ECF No. 153). Therefore, the Government's Motion to Quash is moot. Accordingly,

**IT IS HEREBY ORDERED** that the Government's Motion to Quash Defendant's Motion for Subpoena (ECF No. 139) is **denied as moot**.

DATED this 31st day of October, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge