```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JAN - 5 2017

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) 2:15-cr-00071-JAD-GWF-1 |
| vs. | ) |
| ROBERT DEVELL KINCADE, | ) |
| | ) |
| Defendant. | ) **ORDER** |
| | ) |

On December 28, 2016, this Court granted defendant's motion to withdraw as attorney (doc.230).

Accordingly, IT IS HEREBY ORDERED that Kevin R. Stolworthy be APPOINTED as counsel for Robert Devell Kincade for all future proceedings.

Todd M. Leventhal's office shall forward the file to Mr. Stolworthy forthwith.

DATED this 5th day of January, 2017.
*Nunc Pro Tunc: December 27, 2016*

UNITED STATES MAGISTRATE JUDGE