KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: 702.678.5070
Facsimile: 702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT KINCADE, et al.,<br><br>    Defendants. | CASE NO. 2:15-cr-00071-JAD-GWF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Robert Kincade, and his counsel Kevin R. Stolworthy, that the deadline to object to the Magistrate Judge's Report and Recommendation at ECF No. 238 be extended to February 7, 2017 for the following reasons:

   1.   On January 5, 2017, Kevin Stolworthy, Esq. was appointed as counsel of record for Mr. Kincade with respect to Count One only of the Third Superseding Indictment in this case. ECF No. 243.

   2.   Count One pertains to an alleged September 12, 2011 robbery of a City National Bank in Las Vegas, Nevada.

   3.   Mr. Kincade is currently being represented by Kathleen Bliss, Esq, on the remaining Counts contained in the Superseding Indictment.

1

4. Count One has been severed from the remaining Counts contained in the Third Superseding Indictment, and trial is currently scheduled for Count One only on March 28, 2017 at 9:00 a.m.  ECF No. 214.

5. Trial is scheduled on the remaining Counts on February 28, 2017 at 9:00 a.m.  ECF No. 165.

6. Prior to Mr. Stolworthy's appointment in the case, on December 29, 2016, the Magistrate Judge issued a Report and Recommendation denying Mr. Kincade's Motion to Dismiss Second Superseding Indictment [ECF No. 169].  *See* ECF No. 238.

7. Objections to this Report and Recommendation are due within 14 days of December 29, 2016.

8. The Parties agree that because Mr. Stolworthy was just appointed in this case, has not yet obtained the file from former counsel Todd Leventhal, Esq., and has not obtained a transcript of the hearing held on Mr. Kincade's Motion on December 14, 2016, *see* ECF No. 224, that an extension of time to February 7, 2017 of the deadline to object to the Report and Recommendation at ECF No. 238 is appropriate.

9. The Defendant is incarcerated and does not object to the continuance.

10. The additional time requested herein is not sought for purposes of delay.

DATED January 5, 2017                                   DATED January 5, 2017

DANIEL BOGDEN                                          ARMSTRONG TEASDALE LLP
United States of America

By: /s/*Alexandra Michael*                              By: /s/*Kevin R. Stolworthy*
   ALEXANDRA MICHAEL                                        KEVIN R. STOLWORTHY
   Assistant U.S. Attorney                                  CONOR FLYNN
   Counsel for the Plaintiff                                Counsel for Defendant Robert Kincade

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ROBERT KINCADE, et al.,<br><br>    Defendants. | CASE NO. 2:15-cr-00071-JAD-GWF<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. On January 5, 2017, Kevin Stolworthy, Esq. was appointed as counsel of record for Mr. Kincade with respect to Count One only of the Third Superseding Indictment in this case. ECF No. 243.

2. Count One pertains to an alleged September 12, 2011 robbery of a City National Bank in Las Vegas, Nevada.

3. Mr. Kincade is currently being represented by Kathleen Bliss, Esq, on the remaining Counts contained in the Superseding Indictment.

4. Count One has been severed from the remaining Counts contained in the Third Superseding Indictment, and trial is scheduled for Count One only on March 28, 2017 at 9:00 a.m. ECF No. 214.

5. Trial is scheduled on the remaining Counts on February 28, 2017 at 9:00 a.m. ECF No. 165.

6. Prior to Mr. Stolworthy's appointment in the case, on December 29, 2016, the Magistrate Judge issued a Report and Recommendation denying Mr. Kincade's Motion to Dismiss Second Superseding Indictment [ECF No. 169]. *See* ECF No. 238.

7. Objections to this Report and Recommendation are due within 14 days of December 29, 2016.

8. The Parties agree that because Mr. Stolworthy was just appointed in this case, has not

yet obtained the file from former counsel Todd Leventhal, Esq., and has not obtained a transcript of the hearing held on Mr. Kincade's Motion on December 14, 2016, *see* ECF No. 224, that an extension of time to February 7, 2017 of the deadline to object to the Report and Recommendation at ECF No. 238 is appropriate.

9. The Defendant is incarcerated and does not object to the continuance.

10. The additional time requested herein is not sought for purposes of delay.

**CONCLUSIONS OF LAW**

The additional time requested herein is not sought for purposes of delay.

**ORDER**

IT IS THEREFORE ORDERED that the deadline to object to the Report and Recommendation at ECF No. 238 be continued to February 7, 2017.

DATED this 9th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE