**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:15-cr-00071-JAD-GWF |
| vs. ) | **ORDER** |
| ROBERT DEVELL KINCADE, ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Unopposed Motion to Withdraw his Motion to Suppress Statements Without Prejudice (ECF No. 258), filed on February 6, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's Unopposed Motion to Withdraw his Motion to Suppress Statements Without Prejudice (ECF No. 258) is **granted**.

DATED this 7th day of February, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge