**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:15-cr-00071-JAD-GWF-1 |
| vs. | ) | |
| | ) | |
| ROBERT DEVELL KINCADE, | ) | |
| | ) | |
| Defendant. | ) | **AMENDED ORDER** |
| | ) | |

On December 28, 2016, this Court granted Defendant's motion to withdraw as attorney (ECF No. 230).

Accordingly, IT IS HEREBY ORDERED that Kevin R. Stolworthy, Esq. be APPOINTED as counsel for Robert Devell Kincade for all further proceedings as to Count 1 of the Third Superseding Indictment (ECF No. 135).

Todd M. Leventhal's office shall forward the file to Mr. Stolworthy forthwith.

DATED this 13th day of February, 2017.
*Nunc Pro Tunc: December 27, 2016.*

_____
UNITED STATES MAGISTRATE JUDGE