DANIEL G. BOGDEN
United States Attorney
ALEXANDRA MICHAEL
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
(702) 388-5087 (Facsímile)
Alexandra.M.Michael@usdoj.gov

Counsel for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00071-JAD-GWF |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | DEADLINE FOR GOVERNMENT'S |
| vs. | ) | RESPONSE TO DEFENDANT'S |
| | ) | OBJECTIONS [DKT. 259] TO |
| ROBERT KINCADE | ) | MAGISTRATE JUDGE'S REPORT OF |
| | ) | FINDINGS AND RECOMMENDATION |
| Defendant. | ) | [DKT. 238] |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Kevin R. Stolworthy, Esq., counsel for Defendant ROBERT KINCADE, that the deadline for Government's Response to Defendant's Objections to [259] to Magistrate Judge's Report and Recommendation, currently set for February 21, 2017, Doc. #238, be vacated and continued for thirty (30) days, until March 23, 2017, or to a date to be set at the Court's convenience.

This stipulation is entered for the following reasons:

1. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to complete investigation and legal research of the issues raised in the Defendant's Objections.

2. The parties agree to the continuance.

3. The Defendant is in custody but does not object to a short continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance filed herein.

/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
KEVIN R. STOLWORTHY, ESQ.

Counsel for Defendant ROBERT KINCADE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-00071-JAD-GWF |
| ) | |
| Plaintiff, ) | ORDER TO CONTINUE |
| ) | DEADLINE FOR GOVERNMENT'S |
| vs. ) | RESPONSE TO DEFENDANT'S |
| ) | OBJECTIONS [DKT. 259] TO |
| ROBERT KINCADE ) | MAGISTRATE JUDGE'S REPORT OF |
| ) | FINDINGS AND RECOMMENDATION |
| Defendant. ) | [DKT. 238] |
| ) | |

This stipulation is entered for the following reasons:

1. The additional time requested is not sought for the purposes of delay, but to allow counsel sufficient time to complete investigation and legal research of the issues raised in the Defendant's Objections.

2. The parties agree to the continuance.

3. The Defendant is in custody but does not object to a short continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(1)(D) and 3161(h)(7) and Title 18, United States Code, Section 3161(h)(7)(A) and (h)(3)(A), when considering the facts under Title 18, United States Code, Sections 3161(h)(7)(B), 3161(h)(7)(B)(i), and 3161(h)(7)(B)(iv).

6. This is the first request for a continuance filed herein.

//

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Government's Response to Defendant's Objections to [238] to Magistrate Judge's Report and Recommendation, currently set for February 21, 2017, Doc. #238, be vacated and continued to March 24, 2017.

DATED this 3rd day of March, 2017.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT