**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff;<br><br>vs.<br><br>ROBERT KINCADE, et. al.,<br><br>Defendants. | CASE NO.:   2:15-cr-00071-JAD-GWF<br><br>**ORDER GRANTING SUBPOENA UNDER CJA FILED EX PARTE AND UNDER SEAL** |

**ORDER**

In consideration of defendant's motion, and with good cause appearing, the Clerk of the Court is hereby ORDERED to issue the subpoenas submitted with defendant's motion. To the extent necessary, the U.S. Marshals shall obtain the witnesses' contact information from the government and serve the subpoenas forthwith, with instructions to each witness to contact counsel for Robert Kincade before appearing for trial.

Dated: March 7, 2017

_____
UNITED STATES MAGISTRATE JUDGE

**KATHLEEN BLISS LAW PLLC**
400 S. 4TH ST., SUITE 500
LAS VEGAS, NEVADA 89101
TEL – (702) 793.4202; FAX – (702) 793.4001