# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>ROBERT KINCADE, et al.,<br><br>        Defendants. | CASE NO. 2:15-cr-00071-JAD-GWF<br><br>**ORDER GRANTING MOTION TO CONDUCT A PRE-PLEA INVESTIGATION REPORT AND ~~PROPOSED ORDER~~** |

IT IS HEREBY ORDERED that the United States Probation Office conduct a presentence investigation of Robert Kincade, and prepare a pre-plea presentence investigation report to be disclosed to counsel in this case.

DATED this __14th__ day of __March__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE