# FILED
## UNDER
# SEAL

KATHLEEN BLISS LAW PLLC
400 S. 4TH ST., SUITE 500
LAS VEGAS, NEVADA 89101
TEL – (702) 793.4202; FAX – (702) 793.4001

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff;<br><br>vs.<br><br>ROBERT KINCADE, et. al.,<br><br>    Defendants. | CASE NO.:  2:15-cr-00071-JAD-GWF<br><br>**ORDER GRANTING SUBPOENA UNDER CJA FILED EX PARTE AND UNDER SEAL** |

**ORDER**

In consideration of defendant's motion, and with good cause appearing, the Clerk of the Court is hereby ORDERED to issue the subpoenas submitted with defendant's motion.

IT IS FURTHER ORDERED that the U.S. Marshals shall serve the subpoenas forthwith. The Marshals are further ORDERED to obtain the contact information for these witnesses from the U.S. Attorney's Office, if necessary.

Dated: March 31, 2017

_____
UNITED STATES MAGISTRATE JUDGE