# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00071-JAD-GWF |
| vs. | **ORDER** |
| ROBERT DEVELL KINCADE, | |
| Defendant. | |

This matter is before the Court on the Government's Motion to Unseal (ECF No. 334), filed on April 6, 2017. Upon review and consideration, and with good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Government's Motion to Unseal (ECF No. 334) is **granted**. The Clerk of Court is directed to unseal this Court's Orders (ECF No. 299 and 329).

DATED this 10th day of April, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge