**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|                Plaintiff, ) | Case No. 2:15-cr-00071-JAD-GWF |
| vs. ) | **ORDER** |
| ROBERT DEVELL KINCADE, ) | |
|                Defendant. ) | |

This matter is before the Court on Defendant's Unopposed Motion to Briefly Continue Hearing (ECF No. 359), filed on April 28, 2017 and Defendant's Motion to Withdraw Unopposed Motion to Continue (ECF No. 360), filed on April 29, 2017.

Because Defendant filed a motion to withdraw, his unopposed motion to briefly continue the hearing is now moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Withdraw Unopposed Motion to Continue (ECF No. 360) is **granted**.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion to Briefly Continue Hearing (ECF No. 359) is **denied as moot**.

DATED this 1st day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge