# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:15-cr-00071-JAD-GWF |
| vs. | **ORDER** |
| ROBERT DEVELL KINCADE, | |
| Defendant. | |

On March 7, 2017 and April 3, 2017, the Court granted Defendant's motions for issuance of Rule 17(b) subpoenas at the government's expense. *See Orders* (ECF No. 299 and 329, respectively). The U.S. Marshal's Office has requested clarification of the orders regarding its authority to expend funds to provide for the travel and lodging of Defendant's nonresident subpoenaed witnesses. Accordingly,

**IT IS HEREBY ORDERED** that the U.S. Marshal's Office is authorized to expend funds to provide for the travel and lodging of Defendant's nonresident subpoenaed witnesses because Defendant has previously been found by the Court to be indigent.

DATED this 2nd day of May, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge