UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
****

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | 2:15-cr-00071-JAD-GWF |
| vs. | MINUTES OF THE COURT |
| ROBERT DEVELL KINCADE,<br>    Defendant. | DATE: 5/31/2017 |

PRESENT: <u>HONORABLE JENNIFER A. DORSEY, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK: <u>DANIELLE CACCIABAUDO</u>    REPORTER: <u>FELICIA ZABIN</u>

COUNSEL FOR PLAINTIFF(S): <u>ALEX MICHAEL, SUSAN CUSHMAN (also at counsel table is FBI Special Agent Henry Schlumpf)</u>

COUNSEL FOR DEFENDANT(S): <u>KATHLEEN BLISS, JASON HICKS (also at counsel table is Brian Glynn)</u>

PROCEEDINGS: **Jury Trial - Day 6**

9:00 AM Court convenes outside the presence of the jury. Defendant is present in custody.

The Court addresses the government's motion [ECF 447] to reconsider the Court's ruling excluding the aiding and abetting jury instruction. The Court **DENIES** the motion as stated on the record.

Counsel advises the Court that they have no objections to the final set of jury instructions.

9:10 AM Jury enters the courtroom.

The Court instructs the jury on the law as contained in the jury instructions.

Closing arguments are presented by Ms. Michael on behalf of the government.

10:05 AM Jury is admonished and excused for the morning break. Court stands at recess.

10:18 AM Court reconvenes in the presence of the jury. All parties are present.

Ms. Bliss presents closing arguments on behalf of the defense.

Rebuttal closing arguments are presented by Ms. Michael on behalf of the Government.

The Court thanks and excuses the alternate jurors.

The bailiff is sworn to take charge of the jury.

The jury retires to deliberate.

Ms. Bliss makes an oral motion for mistrial outside the presence of the jury. The Court **DENIES** the motion as stated on the record.

11:25 AM Court stands at recess.

1:14 PM Court reconvenes in the presence of the jury.

The jury states they have reached a unanimous verdict.

The Court publishes the Verdict in open court.

The jury finds the defendant **NOT GUILTY** of Counts 2-5 as charged in the Superseding Indictment.

The Court thanks and discharges the jury from further jury service.

1:20 PM Court adjourns. Defendant is remanded pending trial on Count 1 (currently scheduled for 8/8/2017).

DEBRA K. KEMPI, CLERK
United States District Court
By: _____/s/_____
Danielle Cacciabaudo, Deputy Clerk