# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ROBERT KINCADE,<br><br>　　　　　　Defendant. | 2:15-cr-00071-JAD-GWF<br>**ORDER** |

Before the Court is Defendant Robert Kincade's Motion to Reopen Detention Hearing (ECF No. 459).

IT IS HEREBY ORDERED that a hearing on Defendant Robert Kincade's Motion to Reopen Detention Hearing (ECF No. 459) is scheduled for 2:30 PM, June 6, 2017, in Courtroom 3D. Any opposition to the motion must be filed on or before 4:00 PM, June 5, 2017.

Should the Defendant be in the custody of the U.S. Marshal, the U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 2nd day of June, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE