UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT DEVELL KINCADE,<br><br>　　　　　　　　　Defendant. | Case No. 2:15-cr-00071-JAD-GWF |

**ORDER**

This Court having ordered the jury impaneled in the above entitled action to be kept together during periods of deliberation, now, therefore,

**IT IS HEREBY ORDERED** that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of Court.

DATED this 31st day of May, 2017.

_____
JENNIFER A. DORSEY, U.S. DISTRICT JUDGE