KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No. 2798
CONOR P. FLYNN, ESQ.
Nevada Bar No. 11569
ARMSTRONG TEASDALE LLP
3770 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone:  702.678.5070
Facsimile:  702.878.9995
kstolworthy@armstrongteasdale.com
cflynn@armstrongteasdale.com

ATTORNEYS FOR DEFENDANT
ROBERT KINCADE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT KINCADE, et al.,<br><br>Defendants. | CASE NO. 2:15-cr-00071-JAD-GWF<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING** |

IT IS HEREBY STIPULATED AND AGREED, by and between Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Robert Kincade, and his counsel Kevin R. Stolworthy, that the sentencing hearing scheduled for August 28, 2017 at 10:00 a.m. be advanced to August 7, 2017, or to the next available date thereafter.  This Stipulation is entered into for the following reasons:

1. On June 27, 2017, Kincade entered into a Plea Agreement which was accepted by the Court.  *See* ECF No. 478.

2. Kincade pled guilty to misprision of a felony under a Superseding Information.  *See* ECF Nos. 476 and 478.

3. It is agreed between Kincade, the Government, and Probation that Kincade's adjusted Offense Level after a two point downward adjustment for acceptance of responsibility should be an 11.

4.      Even assuming Kincade is in criminal history Category VI, the Guidelines range for an offense level of 11 would be 27-33 months.

5.      Due to the fact Kincade has been in custody for several years, the Plea Agreement indicates that "[t]he Government will recommend that the Court sentence the Defendant to a custodial sentence of credit for time served to be followed by one year of supervised release unless the Defendant commits any act that could result in a loss of the downward adjustment for acceptance of responsible."

6.      Kincade has conducted his pre-sentence interview with Probation, and Probation has issued a pre-sentence investigation report ("PSR").

7.      Kincade had previously requested an expedited sentencing date, and the Court granted the request in part and "advise[d] that the parties can file a stipulation to change the sentencing date if need be." *See* ECF No. 280.

8.      In light of the fact that the PSR has been completed, the Parties agree that the sentencing date should be advanced to August 7, 2017, or to the next available date thereafter.

9.      As counsel for Kincade informed the Court at the change of plea hearing, he is unavailable to attend the sentencing hearing currently set for August 28, 2017, at 10:00 a.m. given he will be out of the state of Nevada.

DATED July 26, 2017                                          DATED July 26, 2017

DANIEL BOGDEN                                                ARMSTRONG TEASDALE LLP
United States of America

By:  /s/*Alexandra Michael*                                  By:  /s/*Kevin R. Stolworthy*
    ALEXANDRA MICHAEL                                            KEVIN R. STOLWORTHY
    Assistant U.S. Attorney                                      Counsel for Defendant
    Counsel for the Plaintiff                                    Robert Kincade

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-00071-JAD-GWF |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS OF FACT,** |
| ROBERT KINCADE, et al., | **CONCLUSIONS OF LAW, AND** |
| Defendants. | **ORDER** |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.  On June 27, 2017, Kincade entered into a Plea Agreement which was accepted by the Court. *See* ECF No. 478.

2.  Kincade pled guilty to misprision of a felony under a Superseding Information. *See* ECF Nos. 476 and 478.

3.  It is agreed between Kincade, the Government, and Probation that Kincade's adjusted Offense Level after a two point downward adjustment for acceptance of responsibility should be an 11.

4.  Even assuming Kincade is in criminal history Category VI, the Guidelines range for an offense level of 11 would be 27-33 months.

5.  Due to the fact Kincade has been in custody for several years, the Plea Agreement indicates that "[t]he Government will recommend that the Court sentence the Defendant to a custodial sentence of credit for time served to be followed by one year of supervised release unless the Defendant commits any act that could result in a loss of the downward adjustment for acceptance of responsible."

6.  Kincade has conducted his pre-sentence interview with Probation, and Probation has issued a pre-sentence investigation report ("PSR").

7. Kincade had previously requested an expedited sentencing date, and the Court granted the request in part and "advise[d] that the parties can file a stipulation to change the sentencing date if need be." *See* ECF No. 280.

8. In light of the fact that the PSR has been completed, the Parties agree that the sentencing date should be advanced to August 7, 2017, or to the next available date thereafter.

9. As counsel for Kincade informed the Court at the change of plea hearing, he is unavailable to attend the sentencing hearing currently set for August 28, 2017 at 10:00 a.m. given he will be out of the state of Nevada.

## CONCLUSIONS OF LAW

The additional time requested herein is not sought for purposes of delay.

## ORDER

IT IS HEREBY ORDERED that the sentencing hearing set for August 28, 2017 at 10:00 a.m. should be advanced to August 15, 2017 at the hour of 10:30 a.m.

DATED this 28th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE