1
2
3
4                  **UNITED STATES DISTRICT COURT**

5                       **DISTRICT OF NEVADA**

6

7   UNITED STATES OF AMERICA,              )
                                           )
8                      Plaintiff,          )        Case No. 2:15-cr-00071-JAD-GWF
                                           )
9   vs.                                    )        **ORDER**
                                           )
10  JOSE ROGLIO FLOREZ,                    )
                                           )
11                     Defendant.          )
    _____   )
12

13         This matter is before the Court on the Government's Motion to Strike (ECF No. 466), filed

14  on June 13, 2017.  Defendant filed his Response (ECF No. 474) on June 27, 2017.  The Government

15  filed its Reply (ECF No. 481) on July 5, 2017.

16         The Government requests that the Court strike Defendant's Notice of Assertion of Right to

17  be Present in Court Unshackled (ECF No. 465) as improperly filed.  The Court construes

18  Defendant's filing as a notice of an assertion of his right to not be shackled or placed in other

19  physical restraints during any pretrial hearing.  This matter is not set for hearing on any pretrial

20  motions.  The Court, therefore, denies the Government's motion.  Accordingly,

21         **IT IS HEREBY ORDERED** that the Government's Motion to Strike (ECF No. 466) is

22  **denied**.

23         DATED this 14th day of August, 2017.

24

25                                         _____
                                           GEORGE FOLEY, JR.
26                                         United States Magistrate Judge

27

28