STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
ALEXANDRA MICHAEL
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-5087
Alexandra.M.Michael@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:15-cr-00071-JAD-GWF |
| ) | |
| Plaintiff, ) | **STIPULATION TO CONTINUE** |
| ) | **REVOCATION HEARING** |
| vs. ) | |
| ) | (First Request) |
| ROBERT KINCADE, ) | |
| ) | |
| Defendant. ) | |

### STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Alexandra Michael, Assistant United States Attorney, counsel for the United States of America, and Kevin Stolworthy Esq., counsel for Defendant ROBERT KINCADE, that the Court continue Defendant's revocation hearing, currently scheduled for December 19, 2017 at 11:00 a.m. for no less than fourteen (14) days, to a date and time to be set by this Honorable Court.

The parties have met and conferred and determined the dates of January 3, 2018 and January 8, 2018 are preferable in terms of scheduling assuming those dates work for the Court in terms of scheduling.

This stipulation is entered for the following reasons:

1. The undersigned AUSA begins trial on the case of *United States v. Hessiani* 2:16-cr-00320-LRH-VCF on December 19, 2017.
2. The government needs additional time to prepare and subpoena witnesses as the revocation hearing will be partially contested.
3. The parties believe that it is in the interest of justice to continue the hearing at this time.
4. The Government has conferred with defense counsel and he does not object to the continuance.
5. The Defendant is not in custody and does not object to the continuance.
6. The additional time requested herein is not sought for purposes of delay.
7. This is the first request for a continuance filed herein.

Dated: December 19, 2017.


/s/
ALEXANDRA MICHAEL
Assistant United States Attorney
Counsel for the United States

/s/
KEVIN STOLWORTHY, ESQ.
Counsel for Defendant ROBERT KINCADE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00071-JAD-GWF |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING REVOCATION HEARING** |
| ROBERT KINCADE, | ) | |
| Defendant. | ) | |

## **FINDINGS OF FACTS**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The undersigned AUSA begins trial on the case of *United States v. Hessiani* 2:16-cr-00320-LRH-VCF on December 19, 2017.

2. The government needs additional time to prepare and subpoena witnesses as the revocation hearing will be partially contested.

3. The parties believe that it is in the interest of justice to continue the hearing at this time.

4. The Government has conferred with defense counsel and he does not object to the continuance.

5. The Defendant is not in custody and does not object to the continuance.

6. The additional time requested herein is not sought for purposes of delay.

7. This is the first request for a continuance filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of Defendant's sentencing hearing.

**ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therefore, **IT IS HEREBY ORDERED**, that Defendant's revocation hearing, currently scheduled for 12/19/2017 at 11:00 a.m. be vacated and reset for January 3, 2018 at 10:00 a.m.

DATED this 19th day of December, 2017.

_____
UNITED STATES DISTRICT JUDGE